**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC MESI, <br> BETTY MESI, <br><br> Plaintiffs, <br><br> v. <br><br> US BANK NATIONAL ASSOCIATION, *et al.,* <br><br> Defendants. | CASE NO.: 3:16-CV-00048-RCJ-WGC <br><br> **ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#6[1]) entered on March 9, 2016, recommending that the Court grant Plaintiff's Applications to Proceed *In Forma Pauperis* (ECF Nos. 1, 1-1), directing the Clerk of the Court to File the Complaint (ECF No. 1-2) and dismiss this action with prejudice. On March 14, 2016, Plaintiffs filed their Objections to Magistrate Judge's Report and Recommendation (ECF #9).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#6) entered on March 9, 2016, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Applications to Proceed *In Forma Pauperis* (ECF Nos. 1, 1-1), are GRANTED.

IT IS FURTHER ORDERED that his action is DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter judgment and close the case.

IT IS SO ORDERED this 20th day of April, 2016.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.