AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ERIC MESI, et al.,

      Plaintiff(s),

V.

US BANK NATIONAL ASSOCIATION, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:16-cv-00048-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **dismissed with prejudice.**

April 20, 2016                                    **LANCE S. WILSON**
                                                                                        Clerk

                                                                                         /s/ K. Rusin
                                                                                         Deputy Clerk